Esvetlana Cramer

February 23, 2024

Honorable Judge Friedrich,

  After I returned from Washington in January 2021, I was initially elated.  Over time, I began to question my friends about what had really happened.  I began to think maybe I wasn't so smart and maybe I didn't understand politics.  I began to listen a little, to my husband, who always questioned the ideas of some of my friends.

  By the time the FBI came to interview me in June 2021 I was no longer so certain I was correct.  I was feeling ashamed that I had ever gone to Washington in January.

  I met my attorney, Heather Shaner, by Zoom in August 2023.  We talked a lot and I was able to ask her a questions.  She suggested I watch the January 6 Select House Committee Hearings, in their entirety, which I did.

  After a few weeks of watching the Hearings of the events that took place on January 6, 2021,  I have come to the conclusion that the election had not been stolen. President Biden had won the election fair and square. Watching witness after witness testify and hearing members of the Trump Cabinet recount the events that took place between the election and January 6,  corroborated that they had tried to convince President Trump that he had lost the election.  I observed with clarity how wrong I was in my conviction that the election had been stolen.

  The committee heard the testimony of the members of President Trump's Cabinet as each testified to his efforts to convince President Trump that he had lost the election.   That the right thing to do was to concede and allow a peaceful transition of power to the newly elected President, Joseph Biden.  President Trump refused to accept the results and he made the transition very difficult.  Further, he had demanded a recount of the votes in many states.

Each state had counted their votes and had them certified.  They were then sent to Washington.  Vice President Pence announced the votes of each state that had been certified.  President Trump had about 30 days after the election to challenge the results, which he did over 60 times, but did not succeed.

I had been convinced by listening to misinformation that Vice President Pence had the power to overturn the election results, which was not the case at all.  I had no knowledge of how the election system worked and my ignorance and lack of proper information had led me accept half truths and outright lies, and to be certain that the election had been stolen.

My husband begged me not to go, since he was afraid of political violence, rather than a peaceful protest.  After I saw the mess I was in after getting caught up in the mob,  I began to ask questions.  I came home and questioned what I had done. I have never wavered from my acceptance of responsibility. After I was arrested,  I asked for an immediate plea and did not require the AUSA to do any work.  I accepted the plea the day it was offered. I even apologized to my husband!

I look back on that day and I regret to have gone inside the Capitol, and breaking the law.  I never engaged in any violence or shouting and was appalled by the scene in the Capitol. Nonetheless my presence emboldened the crowd. I had no legitimate reason for being there. President Trump had lost the election that November.  I wish I had had a better understanding on how the voting system and the electoral college worked.  Had I used my brains instead of allowing myself to be be led by my emotions, I never would have participated in the chaos of January 6. I would not have brought so much grief and shame to my family and to my loved ones.

And for my misguided actions on January 6,  I will be very sorry and ashamed the rest of my life.


Sincerely,


Esvetlana Cramer