Samuel T Cramer
Harveys Lake, PA,

Feb 24, 2024

Honorable Judge Friedrich,

Your Honor:

Esvetlana and I have been married for almost 16 years. She has been a loving and supporting partner for that entire time. About 3 years ago I underwent open heart surgery to replace a defective aortic valve. Ever since she has been my unwavering caregiver and companion.

Her actions on January 6 2021 were extremely out of character. She has confided in me her mistake in entering the Capitol on that day and all the pending consequences. When she got home, she immediately realized how the misinformation about the election, she was given, negatively influenced her actions.

In February 2021 she changed her party affiliation from Republican to Independent. While it is true, she did not engage in any violence or loud behavior while inside the capitol, she is ashamed she even went inside.

She deeply regrets entering the Capitol that day and all the stress and anguish it has put me and the rest of our family through. She accepts responsibility for her actions and has cooperated with all the law enforcement officers.

I love and support my wife very much. I trust she will be treated fairly.

Sincerely,


Samuel T Cramer