UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.     23- CR-414

ESVETLANA CRAMER

MEMORANDUM REQUESTING CLEMENCY

Pursuant to the Sentencing factors the Court is required to consider under 18 USC § 3553, we request a sentence of Probation as to each Count in the Information, each Sentence to run Concurrent to each other; Community Service and Payment of Restitution and Court Costs.  Such a Sentence is sufficient but not greater than necessary in consideration of the nature of Ms. Cramer's offense conduct and her family history and personal characteristics.

Esvetlana has zero criminal history points.  She is a well respected and beloved member of her community, Harvey's Lake, Pennsylvania. She understood soon after January 6th, 2021, that her participation in events that day was not grounded in truth or reality.  She began her own rehabilitation at that time by terminating her association with the

1

members of political groups in her home town who had misinformed her. In February 2021, she changed her registration to that of "Independent." She decided to stop listening to others and to learn to think for herself. It is unlikely that she would ever violate the law again.

Esvetlana was arrested in Pennsylvania on July 31, 2023. She appeared by Zoom in USDC for the District of Columbia on August 8, 2023. She has been on Pre-Trial Release since July 31, 2023. She has been in total compliance with her conditions of release.

Counsel and Esvetlana first met on Zoom in August 2023. The defendant expressed immediate remorse. By the date of her arrest she already come to understand that she had been bamboozled. The election of 2020 was not in fact stolen. In 2020 she had been convinced otherwise by far right politicians in Pennsylvania, notably Frank Scavo. Scavo recruited political workers for the election and thereafter organized busses and brought Esvetlana and hundreds of others to Washington D.C. on January 6th, 2021 to contest the election results.

When we first spoke, Esvetlana asked Counsel to work toward entering an immediate plea, as she understood what she had done was wrong and she wished to accept responsibility as soon as possible. On 11/27/27 a two count Information was filed, at the request of the

2

defendant, who wished to move the case forward to Plea. On January 12, 2024, Esvetlana came to my office in Washington, D.C. to enter her plea of guilty to both counts.

## OFFENSE CONDUCT

Esvetlana was brought to Washington on January 6, 2021 from her home in Harvey's Lake, Pennsylvania, by a political organizer named Frank Scavo. Harvey's Lake is a small town in the mountains of Luzerne County, Pennsylvania. It is part of the Back Mountain, a one hundred and eighteen-square mile region in northern Luzerne County. It is very rural. The population is approximately 2700. In 2020, the majority of the population was very pro-Trump. Frank Scavo, as a political organizer, recruited citizens in Luzerne County to work in the election. The majority of the people he recruited were unsophisticated women. In 2020 Mr. Scavo encouraged Esvetlana to become active in the Trump campaign. It was the only campaign she was ever involved in.

On January 6th she was recruited to come to the Trump Rally. She came to D.C. on Mr. Scavo's bus. At 2:43 that afternoon, after the Capitol had been breached by other rioters, she entered the Capitol through the Rotunda door. She had never been in Washington, D.C. before, nor in the Capitol. She was astounded by the beauty she saw. She remained inside the Capitol about thirty minutes, walking around and taking

3

photographs.  She did not enter any closed area.  She did not destroy any property. She did not assault law enforcement.  She admired the art and the architecture and then she left.     She returned to Frank Scavo's bus, and was driven back to her home in the small town of Harvey's Lake, Pa.  At home, her husband had followed the events on television. Before she went, he had objected to her going.  He was greatly relieved she had arrived safely home.

### CHARACTERISTICS AND HISTORY OF DEFENDANT

After her return home from Washington, D.C, she watched the news of the riot with her husband.  She soon recognized that the events had not been peaceful.  She began to question the friends who had influenced her to go to Washington.  She began to doubt their explanations.  She developed reservations about her earlier political convictions.  In February 2021 she dropped away from all party affiliations. She registered as Independent

By the time she was interviewed by the FBI in June 2021, she was deeply remorseful. She was cooperative with the FBI agents.  From June 30, 2021 until her arrest in August 2023 she became increasingly convinced the information which had induced her to come to the Stop the Steal Rally in January 2021 was erroneous, inaccurate and untrue.

4

Esvetlana is a loving wife, mother and grandmother. She is well respected and beloved in her community. Before she became disabled she was a certified nursing assistant. She has been her husband's sole caregiver since his recovery from open heart surgery in 2021. In addition to caring for her husband, she helps her daughter care for her grandchildren. Esvetlana has been medically disabled since September 2022. Nonetheless she helps her neighbors. Her importance to the community is evidenced by the loving letters to the Court from her friends and neighbors.

Esvetlana is a lovely woman who has demonstrated by both her actions and her words she has learned from her past, and she will never again make the mistakes she made three years ago. She is thinking for herself.

She cooperated with the FBI in 2021. She has been completely compliant with Pretrial Services since 2023. She has cooperated with counsel and with the Office of United States Probation. She is an excellent candidate for a sentence of probation.

## CONCLUSION

We ask the Court to impose a sentence of Probation in each Count and to run the Sentences concurrent. We ask the Court to Order Community Service, and we request the Community Service be performed close to Harvey's Lake, if possible, so that she may be available to her husband if needed. She will pay Restitution and Court Costs immediately.

For these reasons and such other reasons as may be raised on May 15, 2024 at Sentence, we believe the Court should find that pursuant to the factors required in 18 USC § 3553 a Sentence of Probation would address all the concerns of the statute and be just and fair and merciful.

Respectfully submitted,
*H. Heather Shaner, Esq.*
Appointed by the Court
for Esvetlana Cramer
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com